UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOMINGO NAJERA-PEREZ, | CIVIL ACTION NO.<br><br>1:12-CR-232-2-CAP |

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation [Doc. No. 114] and the defendant's objections thereto [Doc. No. 119]. After a de novo review of the issues addressed in the R&R, the court OVERRULES the defendant's objections. The R&R is ADOPTED as the order and opinion of this court.

**SO ORDERED** this 5th day of March, 2014.


/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge